UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                               Case No. 2:13–cr–20143–AC–PJK
                                               Hon. Avern Cohn

Alvin Ray,

                Defendant(s),

_____

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Alvin Ray

The defendant(s) shall appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 219, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: August 10, 2017 at 10:00 AM

**ADDITIONAL INFORMATION:** Defendant does not need to appear. Conference is for attorneys only.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                               By: s/M. Verlinde
                                                                     Case Manager

Dated: July 19, 2017