UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                          Case No. 2:13–cr–20143–AC–PJK
                                          Hon. Avern Cohn

Alvin Ray,

                Defendant(s),

**NOTICE TO APPEAR**

    The following defendant(s) are hereby notified to appear: Alvin Ray

    The defendant(s) shall appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 225, Detroit, Michigan, for the following proceeding(s):

- JURY TRIAL:  January 8, 2018 at 09:00 AM

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/M. Verlinde
                                                             Case Manager

Dated:  August 31, 2017