UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.                                                              Case No. 2:13–cr–20143–AC–PJK
                                                                Hon. Avern Cohn

Alvin Ray,

Defendant(s),

_____

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Alvin Ray

The defendant(s) shall appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 225, Detroit, Michigan, for the following proceeding(s):

- PLEA HEARING:  September 25, 2017 at 02:30 PM

- SENTENCING:  September 25, 2017 at 02:30 PM

**ADDITIONAL INFORMATION:**    Defendant will appear via video from the prison.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/M. Verlinde
Case Manager

Dated:   September 6, 2017