**United States District Court**
**Eastern District of Michigan**
**Southern Division**

ORIGINAL

United States of America,

        Plaintiff,

v.

Alvin Ray,

        Defendant.
_____/

Criminal No. 13-20143

Hon. Avern Cohn

## Superseding Information

The United States Attorney Charges:

### Count One

*(18 U.S.C. §924(c)—Possessing a Firearm in Furtherance of a Drug Trafficking Crime)*

FILED 2017 NOV 16 P 2: 11
U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

On or about August 23, 2012, in the Eastern District of Michigan, Southern Division, the defendant, ALVIN RAY, did knowingly possess a firearm, that is, one Davis Industries .380 caliber semi-automatic handgun, Model P3890, serial number AP460151, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States; specifically, the drug trafficking crime of Possession with Intent to Distribute a Controlled Substance (cocaine base) in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## Forfeiture Allegation

*(18 U.S.C. § 924(d) – Firearms and Ammunition Forfeiture)*

The allegations contained in Count I of this Superseding Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count I of this Superseding Information, the defendant, ALVIN RAY, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offense.

Daniel L. Lemisch
Acting United States Attorney

_____
Christopher Graveline
Assistant United States Attorney
Chief, Violent and Organized Crime Unit

_____
Jerome F. Gorgon Jr.
Assistant United States Attorney

Dated: November 16, 2017

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>13-20143 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☐ No | AUSA's Initials: _(signature)_ |

**Case Title:** USA v. Alvin Ray

**County where offense occurred:** Wayne

**Check One:**  ☒ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number: _____]
____Indictment/ ✓ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** 13-20143        **Judge:** Avern Cohn

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☒ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | 18 U.S.C. § 924(c) | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

November 16, 2017
Date

Jerome R. Gorgon
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9676
Fax:   313-226-5464
E-Mail address: jerome.gorgon@usdoj.gov
Attorney Bar #: P66915

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/7