United States District Court
Eastern District of Michigan
Southern Division

United States of America,           Criminal No. 13-20143

    Plaintiff,                      Hon. Avern Cohn

v.

Alvin Ray,

    Defendant.
_____/

## Consent to Transfer of Case
## for Guilty Plea and Sentence

I, Alvin Ray, have been informed that an Indictment is pending against me in the above-captioned case. Pursuant to Rule 20(a) of the Federal Rules of Criminal Procedure, I state that I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Middle District of Pennsylvania, in Scranton, Pennsylvania, in which I am being held, and to waive venue, trial, judgment, and sentencing in the Eastern District of Michigan.

_____           _____
Alvin Ray                                                   Mark A. Magidson

Dated: October 30, 2017                   November 7, 2017

                                                       APPROVED

_____           _____
Daniel L. Lemisch                                    David J. Freed
Acting United States Attorney            United States Attorney
Eastern District of Michigan               the Middle District of Pennsylvania

Dated: 11/16/17                                      Dated: 12/8/2017